UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILBERT ELLIS,

                Plaintiff,

-against-

GREENE KUSH; THE NEW YORK CITY POLICE DEPARTMENT; THE CITY OF NEW YORK; LYNN JEROME; PAULA SINCLAIR; JOHN/JANE DOE,

                Defendants.

25-cv-1224 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

*Pro se* plaintiff Gilbert Ellis alleges that he was falsely arrested by NYPD Officer Greene Kush on February 19, 2024, at the 63rd Precinct in Brooklyn, New York, based on false allegations made by defendants Lynn Jerome and Paula Sinclair. Dkt. 1 at 2. Ellis sues Kush, Jerome, Sinclair, the New York City Police Department, the City of New York, and various unknown officers of the NYPD who were involved in his allegedly wrongful arrest and prosecution.

Under the general venue statute, which controls in cases brought under 42 U.S.C. § 1983, *see Hall v. South Orange*, 89 F. Supp. 2d 488, 491 (S.D.N.Y. 2000), "[a] civil action may be brought in . . . a judicial district in which any defendant resides" or "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). According to the complaint, Ellis resides in Brooklyn and his arrest took place in Brooklyn. Accordingly, by March 4, 2025, Ellis should file a letter explaining why venue is proper in the Southern District of New York. In the alternative, Ellis can indicate that he consents to transferring the case to the Eastern District of New York. If no letter is filed, the Court may *sua sponte* transfer the case under 28 U.S.C. 1406(a).

    SO ORDERED.

Dated: February 13, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge