UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GILBERT ELLIS,                                           :
                                                         :
                       Plaintiff,                    :       25-CV-1224 (AS) (RWL)
                                                         :
        - against -                                    :
                                                         :       **ORDER**
GREENE KUSH et al.,                                      :
                                                         :
                       Defendants.                   :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       As discussed during the case management conference held via Microsoft Teams on May 28, 2025, and Plaintiff's proposed scheduling order now having been docketed, (1) By June 4, 2025, Defendants shall file a letter either agreeing to the schedule or proposing an alternative (which may include a request to stay discovery pending resolution of Defendants' motion to dismiss); and (2) any response to Defendants' letter shall be filed by Plaintiff by June 11, 2025. Additionally, the Court noted that the deadline for Plaintiff to file his opposition to Defendants' motion to dismiss is June 12, 2025, and asked if Plaintiff needed additional time. Plaintiff represented that he already has sent in his response (although it has not yet appeared on the docket) and declined to request an extension.

                                        SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: May 28, 2025
       New York, New York

Copies transmitted this date to all parties.