```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GILBERT ELLIS,                                              :
                                                            :
                        Plaintiff,                          :   25-CV-1224 (AS) (RWL)
                                                            :
        - against -                                         :
                                                            :   ORDER
GREENE KUSH et al.,                                         :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff recently has filed a number of "notices," at least one of which demands certification from the Corporation Counsel concerning conflicts and states that "refusal to certify shall serve as notice that Plaintiff may seek injunctive intervention regarding defense conflicts." (Dkt. 82 at 3.) Corporation Counsel has no obligation to respond to the notices and request(s) for certification, and no conclusion may be drawn from the absence of such certification. The Court has stayed discovery pending resolution of Defendants' motion to dismiss, and Plaintiff has already filed his opposition to the motion. Accordingly, there should be no need for additional filings while the motion to dismiss is pending except for notices of supplemental authority issued after the parties' briefing or other permitted filings or requests for emergency relief due to new events posing an imminent threat of irreparable harm.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 18, 2025
      New York, New York

Copies transmitted this date to all parties.