UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GILBERT ELLIS,

                            Plaintiff,                25-CV-1224 (AS) (RWL)

        - against -

                                                     **ORDER**

GREENE KUSH et al.,

                            Defendants.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court will consider Plaintiff's submissions at Dkts. 87 and 88 as sur-reply to Defendants' reply for Defendants' pending motion to dismiss. At this juncture, the motion to dismiss is fully briefed, and no further submissions are needed. The Court will consider and issue a report and recommendation on the motion to dismiss in due course.

                                     SO ORDERED.

                                     _____
                                     ROBERT W. LEHRBURGER
                                     UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2025
       New York, New York

Copies transmitted this date to all parties.