UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| This filing relates to Case No:<br><br>**ALL** | |

GILBERT ELLIS,

       - against -

GREENE KUSH, ET AL.

25-CV-1224 (AS) (RWL)

-----------------------------------------------------------------X

WAYNE WILSON,

       - against -       25-CV-10357 (AS) (RWL)

ADA RICHARD FARRELL, ET AL.

-----------------------------------------------------------------X

CHARMINE ELLIS,

       - against -       25-CV-10354 (AS) (RWL)

CITY OF NEW YORK, ET AL.

-----------------------------------------------------------------X

PETEGAY JOHNSON,

       - against -       25-CV-10355 (AS) (RWL)

ADA RICHARD FARRELL, ET AL.

-----------------------------------------------------------------X

CHRISTIANA PAUL,

       - against -       25-CV-10358 (AS) (RWL)

ADA RICHARD FARRELL, ET AL.

-----------------------------------------------------------------X

LINVAL BUCHANAN,

       - against -       25-CV-10362 (AS) (RWL)

ADA RICHARD FARRELL, ET AL.

-----------------------------------------------------------------X

MICHAEL COLE,

       - against -       25-CV-10360 (AS) (RWL)

CITY OF NEW YORK, ET AL.

-----------------------------------------------------------------X

1

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By letter request dated February 11, 2026, Defendant City of New York ("NYC") requested consolidation of Case No. 25-CV-1224 with six later-filed, related cases, all of which are assigned to the same District Judge and Magistrate Judge. (Dkt. 126.) Plaintiff Gilbert Ellis in the lead 1224 case does not oppose consolidation for purposes of scheduling and briefing but opposes consolidation for all purposes. (Dkt. 129.) Whether to consolidate is ultimately left to the sound discretion of the court, guided by considerations of "convenience, judicial economy, and cost reduction while insuring that the 'paramount concern for fairness and an impartial trial' is honored," *Naula v. Rite Aid*, No. 08-CV-11364, 2010 WL 2399364, at *4 (S.D.N.Y. March 23, 2010) (quoting *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1285 (2d Cir. 1990)), and guarding against delay and prejudice, *CCR International, Inc. v. Elias Group, LLC*, No. 14-CV-6583, 2018 WL 3135849, at *3 (S.D.N.Y. June 26, 2018*). See also Stevens v. Hanke*, No. 20-CV-4765, 2022 WL 489054, at *2 (S.D.N.Y Feb. 17, 2022) ("Consolidation is warranted where it promotes judicial economy and serves to eliminate the waste associated with duplicative discovery and multiple trials, and the danger of inconsistent verdicts") (internal quotation marks and citations omitted).

Here, all seven cases are based on the facts alleged by Gilbert Ellis in the 1224 action, even though each Plaintiff asserts their own individual harm. Consolidation for pre-trial matters will substantially promote judicial economy without causing undue delay or prejudice. Accordingly, the Court hereby orders that the six related cases be consolidated with the lead case 25-CV-1224 for pre-trial purposes. Any filing by any party should bear the caption above, and shall indicate whether the filing pertains to all cases

or only an individual case, which shall be identified in the portion of the caption as filed in Case No. ALL (if the filing is for all cases) or, "Case No. 25-CV-_____" (for filing in an individual case), with the five digit case number filled in where the blank appears.

To be clear, consolidation for pre-trial purposes does not merge all actions into a single case and does not eliminate each plaintiff's obligation to establish standing and injury.

The Court will schedule a case management conference by separate order.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 126.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 18, 2026
        New York, New York

Copies transmitted this date to all parties.

3