UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| | This filing relates to Case No: |
| | **ALL** |

GILBERT ELLIS,

        - against -

        25-CV-1224 (AS) (RWL)

GREENE KUSH, ET AL.
----------------------------------------------------------------X

WAYNE WILSON,

        - against -        25-CV-10357 (AS) (RWL)

ADA RICHARD FARRELL, ET AL.
----------------------------------------------------------------X

CHARMINE ELLIS,

        - against -        25-CV-10354 (AS) (RWL)

CITY OF NEW YORK, ET AL.
----------------------------------------------------------------X

PETEGAY JOHNSON,

        - against -        25-CV-10355 (AS) (RWL)

ADA RICHARD FARRELL, ET AL.
----------------------------------------------------------------X

CHRISTIANA PAUL,

        - against -        25-CV-10358 (AS) (RWL)

ADA RICHARD FARRELL, ET AL.
----------------------------------------------------------------X

LINVAL BUCHANAN,

        - against -        25-CV-10362 (AS) (RWL)

ADA RICHARD FARRELL, ET AL.
----------------------------------------------------------------X

MICHAEL COLE,

        - against -        25-CV-10360 (AS) (RWL)

CITY OF NEW YORK, ET AL.
----------------------------------------------------------------X

1

```
-----------------------------------------------------------------X
MIGUEL HAMILTON,                               :
                                               :
                - against -                    :          25-CV-10359 (AS) (RWL)
                                               :
ADA RICHARD FARRELL, ET AL.                    :
-----------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By letter request dated February 11, 2026, Defendant City of New York ("NYC") requested consolidation of Case No. 25-CV-1224 with six later-filed, related cases, all of which are assigned to the same District Judge and Magistrate Judge.  (Dkt. 126.)  On February 18, 2026, the Court ordered that the six related cases be consolidated with lead case 25-CV-1224 for pre-trial purposes.  (Dkt. 130.)  On February 20, 2026, the Court directed the Clerk of Court to reopen Case No. 25-CV-10359 (*Hamilton v. Farrell, et al.*) which, similar to the abovementioned cases, is largely based on facts alleged by Gilbert Ellis in the 25-CV-1224 action, and is assigned to the same District Judge and Magistrate Judge.  Accordingly, the Court hereby orders that the 25-CV-10359 case be consolidated with the lead case 25-CV-1224 and related cases already consolidated with the lead case, for pre-trial purposes.

Any filing by any party should bear the caption above, and shall indicate whether the filing pertains to all cases or only an individual case, which shall be identified in the portion of the caption as filed in Case No. ALL (if the filing is for all cases) or, "Case No. 25-CV-_____" (for filing in an individual case), with the five digit case number filled in where the blank appears.

2

To be clear, consolidation for pre-trial purposes does not merge all actions into a single case and does not eliminate each plaintiff's obligation to establish standing and injury.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2026
       New York, New York

Copies transmitted this date to all parties.

3