UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Gilbert Ellis,

                         Plaintiff,

               - against -

Green Kush, et al

                         Defendants.

-------------------------------------------------------------X

Charmaine Ellis,

                         Plaintiff,

               -against-

City of New York, et al.,

                         Defendants.

-----------------------------------------------------------X

Petegay Johnson,

                         Plaintiff,

               -against-

ADA Richard A. Farrell, et al.,

                         Defendants.

-----------------------------------------------------------X

Wayne Wilson,

                         Plaintiff,

               -against-

ADA Richard A. Farrell, et al.,

                         Defendants.

-----------------------------------------------------------X

25-cv-1224 (AS)(RWL)

**CASE MANAGEMENT
CONFERENCE ORDER**

25-cv-10354 (AS)(RWL)

25-cv-10355 (AS(RWL)

25-cv-10357 (AS)(RWL)

---------------------------------------------------------------X

Christiana Paul,                                                            25-cv-10358(AS)(RWL)

Plaintiff,

-against-

ADA Richard Farrell, et al.,

Defendants.

---------------------------------------------------------------X

Miguel Hamilton,                                                          25-cv-10359 (AS)(RWL)

Plaintiff,

-against-

ADA Richard Farrell,et al.,

Defendants.

---------------------------------------------------------------X

Michael Cole,                                                              25-cv-10360 (AS)(RWL)

Plaintiff,

-against-

City of New York, et al.,

Defendants.

---------------------------------------------------------------X

Linval Buchanan,                                                        25-cv-10362 (AS)(RWL)

Plaintiff,

-against-

ADA Richard Farrell, et al.,

Defendants.

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

ORDER: Case Management Conference rescheduled for **March 19, 2026, at 10:00 a.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices.   The Clerk of Court is respectfully directed to mail a copy of this order to pro se plaintiff Miguel Hamilton, at 113-28 199th St., Saint Albans, N.Y. 11412.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  February 25, 2026
        New York, New York

Copies transmitted this date to all parties of record.