UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GILBERT ELLIS,

        - against -

GREENE KUSH, ET AL.

-------------------------------------------------------------X

WAYNE WILSON,

        - against -

ADA RICHARD FARRELL, ET AL.

-------------------------------------------------------------X

CHARMINE ELLIS,

        - against -

CITY OF NEW YORK, ET AL.

-------------------------------------------------------------X

PETEGAY JOHNSON,

        - against -

ADA RICHARD FARRELL, ET AL.

-------------------------------------------------------------X

CHRISTIANA PAUL,

        - against -

ADA RICHARD FARRELL, ET AL.

-------------------------------------------------------------X

LINVAL BUCHANAN,

        - against -

ADA RICHARD FARRELL, ET AL.

-------------------------------------------------------------X

MICHAEL COLE,

        - against -

CITY OF NEW YORK, ET AL.

-------------------------------------------------------------X

| This filing relates to Case No: |
| --- |
| **ALL** |

25-CV-1224 (AS) (RWL)

25-CV-10357 (AS) (RWL)

25-CV-10354 (AS) (RWL)

25-CV-10355 (AS) (RWL)

25-CV-10358 (AS) (RWL)

25-CV-10362 (AS) (RWL)

25-CV-10360 (AS) (RWL)

1

```
-----------------------------------------------------------------X
MIGUEL HAMILTON,                              :
                                              :
            - against -                       :          25-CV-10359 (AS) (RWL)
                                              :
ADA RICHARD FARRELL, ET AL.                   :
-----------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 1, 2026, in a filing of 119 pages, Plaintiff Ellis filed a "Judicial Notice" of various materials.  (*See* Dkt. 138.)  There is no procedural basis for the filing at this time.  Defendants are preparing a motion to dismiss, and Plaintiffs will have the opportunity to respond as set forth at Dkt. 136.  Absent a basis for emergency relief or scheduling issue (or other administrative matter such as change of address or the like), Plaintiffs shall refrain from filing materials on the Court's docket until after Defendants file their motion.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 3, 2026
       New York, New York

Copies transmitted this date to all parties.

2