UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**This filing relates to Case No: ALL**

| | |
|---|---|
| GILBERT ELLIS, - against - GREENE KUSH, ET AL. | 25-CV-1224 (AS) (RWL) |
| WAYNE WILSON, - against - ADA RICHARD FARRELL, ET AL. | 25-CV-10357 (AS) (RWL) |
| CHARMINE ELLIS, - against - CITY OF NEW YORK, ET AL. | 25-CV-10354 (AS) (RWL) |
| PETEGAY JOHNSON, - against - ADA RICHARD FARRELL, ET AL. | 25-CV-10355 (AS) (RWL) |
| CHRISTIANA PAUL, - against - ADA RICHARD FARRELL, ET AL. | 25-CV-10358 (AS) (RWL) |
| LINVAL BUCHANAN, - against - ADA RICHARD FARRELL, ET AL. | 25-CV-10362 (AS) (RWL) |
| MICHAEL COLE, - against - CITY OF NEW YORK, ET AL. | 25-CV-10360 (AS) (RWL) |

-------------------------------------------------------------X
MIGUEL HAMILTON, :
:
- against - : 25-CV-10359 (AS) (RWL)
:
ADA RICHARD FARRELL, ET AL. :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiffs in several of these cases have filed requests to file sur-replies in opposition to Defendants' motions to dismiss. *See Ellis v. Kush et al.*, 25-CV-1224 (Dkts. 166, 167); *Ellis v. City of New York et al.*, 25-CV-10354 (Dkts. 35-39); *Johnson v. Farrell et al.*, 25-CV-10355 (Dkt. 31); *Wilson v. Farrell et al.*, 25-CV-10357 (Dkts. 23-29); *Paul v. Farrell et al.*, 25-CV-10358 (Dkt. 31); *Hamilton v. Farrell, et al.*, 25-CV-10359 (Dkt. 23); *Cole v. City of New York, et al.*, 25-CV-10360 (Dkt. 32); *Buchanan v. Farrell et al.*, 25-CV-10362 (Dkt. 34). Defendants have not responded. Accordingly, by **September 10, 2026**, Defendants shall file their response, if any, to Plaintiffs' requests. The responses shall address the various applications together and not in separate responses for each case.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 2, 2026
New York, New York

Copies transmitted this date to all parties of record.