UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**This filing relates to Case No: ALL**

| | |
|---|---|
| GILBERT ELLIS,<br>- against -<br>GREENE KUSH, ET AL. | 25-CV-1224 (AS) (RWL) |
| WAYNE WILSON,<br>- against -<br>ADA RICHARD FARRELL, ET AL. | 25-CV-10357 (AS) (RWL) |
| CHARMINE ELLIS,<br>- against -<br>CITY OF NEW YORK, ET AL. | 25-CV-10354 (AS) (RWL) |
| PETEGAY JOHNSON,<br>- against -<br>ADA RICHARD FARRELL, ET AL. | 25-CV-10355 (AS) (RWL) |
| CHRISTIANA PAUL,<br>- against -<br>ADA RICHARD FARRELL, ET AL. | 25-CV-10358 (AS) (RWL) |
| LINVAL BUCHANAN,<br>- against -<br>ADA RICHARD FARRELL, ET AL. | 25-CV-10362 (AS) (RWL) |
| MICHAEL COLE,<br>- against -<br>CITY OF NEW YORK, ET AL. | 25-CV-10360 (AS) (RWL) |

-------------------------------------------------------------X
MIGUEL HAMILTON, :
:
- against - : 25-CV-10359 (AS) (RWL)
:
ADA RICHARD FARRELL, ET AL. :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiffs in several of these cases have filed requests to file sur-replies in opposition to Defendants' motions to dismiss. *See Ellis v. Kush et al.*, 25-CV-1224 (Dkts. 166-168); *Ellis v. City of New York et al.*, 25-CV-10354 (Dkts. 35-39); *Johnson v. Farrell et al.*, 25-CV-10355 (Dkt. 31); *Wilson v. Farrell et al.*, 25-CV-10357 (Dkts. 23-29); *Paul v. Farrell et al.*, 25-CV-10358 (Dkt. 31); *Hamilton v. Farrell, et al.*, 25-CV-10359 (Dkt. 23); *Cole v. City of New York, et al.*, 25-CV-10360 (Dkt. 32); *Buchanan v. Farrell et al.*, 25-CV-10362 (Dkt. 34). Defendants filed an omnibus response in opposition. (25-CV-1224 at Dkt. 174.)

Plaintiffs' proffered sur-replies, which are largely duplicative of each other, seek to supplement the factual record and advance arguments based on that supplemental material. The Court finds that Plaintiffs' filings seek relief not apt to the procedural posture of the case; i.e., pending motions to dismiss based on failure to state a claim, which assume the truth of the well-plead allegations of the complaints. Supplementation of the factual record is not relevant as it would be later in the case if the motions to dismiss are denied in whole or in part.

For purposes of the motions to dismiss, however, the Court will take judicial notice of any documents that are exhibits attached to or incorporated by reference to the complaints. *See Kleinman v. Elan Corp.*, 706 F.3d 145, 152 (2d Cir. 2013) (quoting *ATSI*

*Communications, Inc. v. Shaar Fund, Ltd.*, 493 F.3d 87, 98 (2d Cir. 2007)). The Court may also take judicial notice of other judicial proceedings and filings, although generally not for the truth of the matters asserted therein. *Alvarado v. Mount Pleasant Cottage School District*, 404 F. Supp.3d 763, 771 (S.D.N.Y. 2019) ("A court may also take judicial notice of documents, like public filings, but cannot rely on them for the truth of the matters asserted therein").

Accordingly, Plaintiffs' requests to file sur-replies are, with one exception, denied subject to the qualification noted about judicial notice. The exception is that the Court will consider arguments set forth in Dkt. 168 of Case No. 25-CV-1224 to the extent it raises questions or issues relevant to any or all of the pending motions to dismiss.

The Clerk of Court is respectfully directed to terminate the motions identified in the first paragraph of this order.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 11, 2026
New York, New York

Copies transmitted this date to all parties of record.